# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| PORTER ANDERSON JR., #143295, Petitioner, | ) ) ) ) ) |
| v. | ) Civil Action No. 17-0161-WS-N ) |
| Karla Walker Jones, Respondent. | ) ) ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B), is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Porter Anderson Jr.'s petition for habeas corpus relief under 28 U.S.C. § 2254 (Doc. 5) be **DISMISSED with prejudice**. It is further **ORDERED** that Anderson is **DENIED** a Certificate of Appealability in relation to this final adverse order. Finally, the Court certifies that any appeal of this order would be without merit and therefore not taken in good faith. Thus, Anderson is not entitled proceed *in forma pauperis* on appeal.

**DONE** and **ORDERED** this the 4th day of October, 2017.

s/WILLIAM H. STEELE
**UNITED STATES DISTRICT JUDGE**