IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PORTER ANDERSON JR., #143295,<br>    Petitioner,<br><br>v.<br><br>Karla Walker Jones,<br>    Respondent. | Civil Action No. 17-0161-WS-N |

## JUDGMENT

In accordance with the Order entered this date dismissing Petitioner Porter Anderson Jr.'s 28 U.S.C. § 2254 motion, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent Karla Walker Jones and against Petitioner Anderson, and that Anderson is not entitled to a Certificate of Appealability or to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the 4th day of October, 2017.

                                                  <u>s/WILLIAM H. STEELE</u>
                                                **UNITED STATES DISTRICT JUDGE**